UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDITH A. MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>        Defendant. | No. CV-07-3109-FVS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**PURSUANT** to a stipulation of the parties;

**IT IS HEREBY ORDERED:**

All claims in this action are dismissed with prejudice and without costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel and close this file.

**DATED** this ___28th___ day of February, 2008.

                                     s/ Fred Van Sickle
                                       Fred Van Sickle
                              United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE- 1